RECEIVED
IN LAKE CHARLES, LA.

SEP -8 2014

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GHANSHYAMBHA D. PATEL | * | CIVIL ACTION NO. 2:13-CV-3214 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| ERIC HOLDER, JR., ET AL. | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the respondent's Motion to Dismiss [Doc. 12] be and hereby is **GRANTED**, and the plaintiff's petition for a writ of *habeas corpus* be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 28 day of August, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE